```
                                                    FILED
                                              U.S. DISTRICT COURT
                                              DISTRICT OF WYOMING

                                              2012 OCT 23 PM 3 37

                                              STEPHAN HARRIS, CLERK
                                                    CHEYENNE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12CR220S |
| Plaintiff, | |
| v. | Ct. 1: 18 U.S.C. § 1001(a)(2) (Making False Statements to a National Forest Service Special Agent) |
| BILLY JOE FLOYD COY | |
| Defendants. | Ct. 2: 16 U.S.C. § 551, and 36 CFR § 261.10(c) (Conducting Unauthorized Work Activities and Services in a National Forest) |

### INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

On or about April 11, 2011, in the District of Wyoming, the Defendant, **BILLY JOE FLOYD COY**, in a matter within the jurisdiction of the executive branch of the Government of the United States, that is the United States Department of Agriculture Forest Service, did knowingly and willfully make a false, fictitious and fraudulent statement and representation concerning a material fact, to wit: that Billy Joe Floyd Coy told United States Forest Service Special Agent Bragonier that he only helped James Gabrick hunt sheep as a "friend," and that he received "a thousand or maybe a couple of thousand dollars for gas money," when in truth and in fact, as the Defendant, **BILLY JOE FLOYD COY**, then and there well knew, he booked James Gabrick as a sheep client, required

James Gabrick to complete a contract for services, and charged Gabrick $8,500 for a guided sheep hunt.

In violation of 18 U.S.C. § 1001(a)(2).

## COUNT TWO

On or about November 1, 2010, in the District of Wyoming, the Defendant, **BILLY JOE FLOYD COY**, did commit the offense of conducting any kind of work activity or service without a special use authorization, to wit: that Billy Joe Floyd Coy did conduct, direct and guide a deer hunt in the Boulder Ridge area of the South Fork of the Shoshone River on the Shoshone National Forest for Sonny and Kristy Cook while the hunt was being professionally filmed for a television program produced by Orion Multimedia, without first obtaining a special use authorization.

In violation of 16 U.S.C. § 551, and 36 CFR § 261.10(c).

Dated this 23rd day of October, 2012.

CHRISTOPHER A. CROFTS
United States Attorney

By: _____
Stuart S. Healy III
Assistant United States Attorney